# *United States District Court*

*District of Minnesota*

IN THE MATTER OF:

Civil No. 02-762

Bky No. 00-40618

Adv. No. 01-4277

## CLERK'S NOTICE OF RECEIPT AND ASSIGNMENT IN RE: BANKRUPTCY TRANSMITTAL

You are hereby notified that on April 10 2002, we filed the following:

| | |
|---|---|
| X | Clerk's Record on Appeal (see Briefing Schedule below) |
| | BRIEFING SCHEDULE FOR BANKRUPTCY APPEALS<br>Pursuant to Local Bankruptcy Rule 1305<br><br>Appellant to submit an original and two copies of brief within 15 days after entry of appeal on the docket. Appellee to submit an original and two copies of brief within 15 days after service of appellant's brief. Appellant may submit an original and two copies of a reply brief within 10 days after service of appellee's brief. |
| | Motion, etc. for Leave to Appeal |
| | Transferred Adversary Proceeding Papers |
| | Motion to Withdraw Reference |
| | Order of Contempt |
| | Proposed Findings and Conclusions in non-core adversary |

This matter has been assigned to ~~Judge~~ Chief Judge James M Rosenbaum under CIVIL ACTION NO. 02-762, and counsel should contact Larry Lewis, Courtroom Deputy, at 612-664-5053 for further information concerning this matter.

DATE: April 10, 2002

RICHARD D SLETTEN CLERK

BY Deborah D. Bell (signature)
Deborah D Bell
Deputy Clerk

cc: Clerk, U. S. Bankruptcy Court
U. S. Trustee
All Counsel of Record