UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-762(JMR)

| | | |
|---|---|---|
| Automart, Inc. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Gorman et. al | ) | |

This matter is before the Court on plaintiffs' appeal under 28 U.S.C. § 158(a) from an Order Transferring Adversary Proceeding entered March 14, 2002. Plaintiffs have since filed a supplemental brief, informing the Court that the issue in controversy that formed the basis of this suit has been rendered moot.

Accordingly, based on he files, records, and proceedings, plaintiffs' appeal of the Order Transferring Adversary Proceeding [Docket No. 1] is dismissed without prejudice.

IT IS SO ORDERED.

Dated: January 13d, 2003

JAMES M. ROSENBAUM
United States Chief District Court

FILED 1-14-03
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED 1-14-03
DEPUTY CLERK'S INITIALS ______